THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUSSEIN JAMA,<br><br>            Plaintiff,<br>   v.<br><br>NORTH STAR FISHING COMPANY, *et al.*,<br><br>            Defendants. | CASE NO. C18-1323-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of voluntary dismissal of the case (Dkt. No. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulated notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 7th day of February 2019.

                                      William M. McCool
                                      Clerk of Court

                                      s/Tomas Hernandez
                                      Deputy Clerk